FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D19-1221
_____

JOHN SWEARINGEN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Bruce Anderson, Judge.

October 16, 2019

PER CURIAM.

AFFIRMED.

B.L. THOMAS, BILBREY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

John Swearingen, pro se, Appellant.

Ashley Moody, Attorney General, and Benjamin L. Hoffman, Assistant Attorney General, Tallahassee, for Appellee.